# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1213

_____

John G. Cunningham,

        Appellant,

v.

Jo Anne B. Barnhart, Commissioner,
Social Security Administration,

        Appellee.

\* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the Eastern
District of Arkansas.

[UNPUBLISHED]

_____

Submitted: December 19, 2003
Filed: December 30, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

John G. Cunningham appeals the district court's* order upholding the Social Security Commissioner's decision to deny Cunningham disability insurance and supplemental security income benefits. We conclude substantial evidence in the record as a whole supports the administrative law judge's determination at step two of the sequential evaluation process that Cunningham did not show he has a

_____

*The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).

medically severe impairment, and the judgment of the district court is correct. Accordingly, we affirm for the reasons stated in the district court's order. <u>See</u> 8th Cir. R. 47B.

_____